**FILED**

2020 NOV 15 AM 6:57

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Fill in this information to identify your case:**

Debtor 1    Hamilton                    Staples
            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle   District of Florida

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders            12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | Unsecured claim |
|---|---|---|

**1**
Pre Fab City Inc.
Creditor's Name
11 Cedat Pond Lane
Number        Street

Poughkeepsie    New York 12603
City            State    ZIP Code

Robert Hankin
Contact

Contact phone

What is the nature of the claim? Business Litigation - Judgment   $  1,300,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:          - $_____
          Unsecured claim              $_____

**2**
Taylors Way LLC
Creditor's Name
70 Taylors Way
Number        Street

Newburgh    New York 12550
City         State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Litigation - Judgment   $  250,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:          - $_____
          Unsecured claim              $_____

Debtor 1    Hamilton      Staples       Case number (if known) _____
      First Name    Middle Name    Last Name

**Unsecured claim**

**3**   **Joseph Palmerone**
Creditor's Name

70 Taylors Way
Number    Street

_____

Newburgh    New York   12550
City       State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Business Litigation - Judgment__   $ __250,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
     Value of security:    − $ _____
     Unsecured claim    $ _____

**4**   **Englewood Bank & Trust**
Creditor's Name

1111 South McCall Road
Number    Street

_____

Englewood    FL    34223
City       State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Mortgage Note__   $ __100,000.00 Negative__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ __100,000.00__
     Value of security:    − $ __220,000.00__
     Unsecured claim    $ __(100,000.00) Negative__

**5**   **MTGLQ Investors c/o S/N Servicing Corp.**
Creditor's Name

323 5th Street
Number    Street

_____

Eureka    CA    95501
City       State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Mortgage Note__   $ __100,000.00 Negative__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ __300,000.00__
     Value of security:    − $ __200,000.00__
     Unsecured claim    $ __100,000.00 Negative__

**6**   **Sysco West Coast**
Creditor's Name

3000 69th Street East
Number    Street

_____

Palmetto    Florida    34221
City       State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Business Garantee - Judgment__ $ __20,000.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
     Value of security:    − $ _____
     Unsecured claim    $ _____

**7**   **Chrysler Capital**
Creditor's Name

_____
Number    Street
P.O. Box 660335

Dallas    TX   75266-0335
City       State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? __Auto Loan__   $ __8,000.00 Negative__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed       P.O. Box 660335
☒ None of the above apply    Dallas, TX 75266-0335

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):   $ __23,000.00__
     Value of security:    − $ __15,000.00__
     Unsecured claim    $ __8,000.00 Negative__

Debtor 1 _____ _____ _____        Case number (if known)_____
            First Name        Middle Name        Last Name

                                                                                        **Unsecured claim**

**8** _____
Creditor's Name

_____  _____
Number          Street

_____

_____  _____  _____
City            State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____        $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:            – $_____
         Unsecured claim                 $_____

**9** _____
Creditor's Name

_____  _____
Number          Street

_____

_____  _____  _____
City            State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____        $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:            – $_____
         Unsecured claim                 $_____

**10** _____
Creditor's Name

_____  _____
Number          Street

_____

_____  _____  _____
City            State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____        $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:            – $_____
         Unsecured claim                 $_____

**11** _____
Creditor's Name

_____  _____
Number          Street

_____

_____  _____  _____
City            State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____        $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:            – $_____
         Unsecured claim                 $_____

**12** _____
Creditor's Name

_____  _____
Number          Street

_____

_____  _____  _____
City            State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____        $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:            – $_____
         Unsecured claim                 $_____

Debtor 1 _____    Case number *(if known)*_____

First Name    Middle Name    Last Name

Unsecured claim

**13**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**14**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**15**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**16**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**17**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

Debtor 1 _____    Case number (if known)_____

First Name    Middle Name    Last Name

Unsecured claim

**18**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**19**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____

$_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**20**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____

$_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ ~~_____~~    ✗ _____

Signature of Debtor 1    Signature of Debtor 2

Date  11/12/2020 _____    Date _____

MM / DD / YYYY    MM / DD / YYYY