

DEC 24 2020
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

8 Pages Scanned by DMB

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In Re:

Hamilton Staples                                   Case No. 9:20-bk-08465-FMD
d//b/a Hamilton Staples Contracting
    Debtor.                                        Chapter 11

_____/

## MOTION TO DETERMINE SECURED STATUS
## OF MORTGAGE LIEN CLAIMS
## AND VOID JUNIOR LIENS

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the United States Bankruptcy Court at 801 North Florida Avenue, Suite 555, Tampa Florida 33602 and mail a copy to the moving party Debtor Pro Se Hamilton Staples d/b/a Hamilton Staples Contracting at 25 Medalist Way, Rotonda West, Florida 33947 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

Debtor requests the entry of an order under 11 U.S.C. § 506(a) and Federal Rule of Bankruptcy Procedure 3012 that determines the secured status of claims of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION, ENGLEWOOD BANK AND TRUST and any other creditors making a claim as a secured creditor on Debtors real property at 25 Medalist Way, Rotonda West, Florida 33947, legal description ROTONDA WEST WHITE MARSH LT 512 765/2012 1647/1548 1681/1973 1709/190 1790/2021 DC2046/1516-DS 2502/2112 - RWM   000 0000 0512 located in Charlotte County, Florida.
Such above noted parties being (the "Creditor's") and Debtor Pro Se states as follows:

1. On November 15, the Debtor filed a petition for relief under Chapter 11 Subchapter V of the Bankruptcy Code.

2. Debtor listed on Schedule A/B the following property: 25 Medalist Way, Rotonda West, Florida 33947, a/k/a legal description ROTONDA WEST WHITE MARSH LT 512 765/2012 1647/1548 1681/1973 1709/190 1790/2021 DC2046/1516-DS 2502/2112 - RWM   000 0000 0512 located in Charlotte County, Florida. (the "Property.") a single family rental residence.

3. The Property is encumbered with (2) mortgage liens by: (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION and (2) ENGLEWOOD BANK AND TRUST.

4. The fair market value of the Property is $230,000 after the deduction for repairs needed to be done to the residence located on the property and is supported by the Charlotte County Property Appraiser 2020 value summary which is attached hereto in Exhibit "A" with the schedule of repair costs included.

5. The Debtor has also ordered an appraisal of the property which the Court has approved a Motion to Employ Alliance Appraisal Associates of Florida Inc. to also determine a value for Debtors real property which is delayed due to the holidays but should be completed by mid January 2021 and upon completion will be supplemented to this motion.

6. The senior mortgage lien is payable to (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION and the junior mortgage lien is payable to (2) ENGLEWOOD BANK AND TRUST.

7. The senior and junior mortgage liens total $417,500.00 and encumber the Property.

8. Secured Creditor (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION holds a partially secured claim of $230,000 and an unsecured claim of $67,500 and Secured Creditor (2) ENGLEWOOD BANK AND TRUST holds an wholly unsecured claim of $120,000.00.

WHEREFORE, the Debtor requests the entry of an order (i) granting this motion; (ii) determining that the value of the Property is $230,000.00; (iii) determining that Secured Creditor (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION'S secured claim is $230,000; (iv) determining that Creditor (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION'S unsecured claim is $67,500.00; (v) determining that Creditor (2) ENGLEWOOD BANK AND TRUST'S wholly unsecured claim is $120,000.00;

(vi) voiding the Creditor's mortgage liens upon Debtors property which relate to Creditors portion of unsecured claims; (vii) additionally voiding any other judgment creditors liens, who may have claims which they consider secured and are junior to the secured mortgage lien claims of (1) U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION and (2) ENGLEWOOD BANK AND TRUST.

(viii) along with any other relief the Court deems appropriate.

Dated: December  24,     2020

_____
Hamilton Staples
d/b/a Hamilton Staples Contracting
Debtor Pro Se
Mailing address:
25 Medalist Way
Rotonda West, Florida 33947
Physical address:
9413 Little Rock Street
Port Charlotte, Florida 33981
Tel: 941.662.1021
Email: hamstaples@icloud.com

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent on 12/24/2020 by either electronic transmission (email) or U.S. Mail to the following, United States Bankruptcy Court, Middle District Florida, 801 North Florida Avenue, Suite 555, Tampa, FL 33602, email: flmb-intake-tampa-ftmyers@flmb.uscourts.gov and the United States Trustee 501 E. Polk Street, Suite 1200, Tampa, FL 33602 email: c/o Ben.E.Lambers@USDOJ.gov and Amy Denton Harris Chapter 11 Subchapter V Trustee by email: aharris@subvtrustee.com creditor U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, a/k/a MTGLQ INVESTORS L.P. C/O S/N SERVICING CORPORATION c/o counsel Matthew Klein, 4755 Technology Way, Suite 104, Boca Raton, Florida 33431 and creditor ENGLEWOOD BANK AND TRUST, 1111 South McCall Road, Englewood, Florida 34223, mailing matrix.

Hamilton Staples
d/b/a Hamilton Staples Contracting
Debtor Pro Se
Mailing address:
25 Medalist Way
Rotonda West, Florida 33947
Physical address:
9413 Little Rock Street
Port Charlotte, Florida 33981
Tel: 941.662.1021
Email: hamstaples@icloud.com

# EXHIBIT

# A



**CHARLOTTE COUNTY PROPERTY APPRAISER**
PAUL L. POLK, CFA, AAS, RES

### Owner:

| |
|---|
| STAPLES HAMILTON |
| 25 MEDALIST WAY |
| ROTONDA WEST , FL 33947 |

Ownership current through: 12/3/2020

### Property Location:

| |
|---|
| Property Address: 25 MEDALIST WAY |
| Property City & Zip: ROTONDA WEST 33947 |
| Business Name: |

### General Parcel Information

| | |
|---|---|
| Taxing District: | 005 |
| Current Use: | SINGLE FAMILY |
| Future Land Use (Comp. Plan): | Low Density Residential |
| Zoning Code: | RSF5 |
| Market Area / Neighborhood / Subneighborhood: | 02/12/00 |
| Map Number: | 2B25N |
| Section/Township/Range: | 25-41-20 |
| SOH Base Year: | 2014 |
| Waterfront: | YES |

### Sales Information

| Date | Book/Page | Selling Price | Sales code | Qualif |
|---|---|---|---|---|
| 12/1/1998 | 1681/1973 | $10,000 | VACANT | |
| 6/1/1999 | 1709/190 | $5,800 | VACANT | |
| 5/1/2000 | 1790/2021 | $155,000 | IMPROVED | |
| 6/1/2004 | 2502/2112 | $232,000 | IMPROVED | |

Click on the book/page to view transaction document images on the Clerk of the Circuit Court's web site.
Click on Qualification/Disqualification Code for a description of the code. Codes are not available prior to 2003.

### FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|---|---|---|---|---|---|---|---|---|
| 0194F | OUT | OUT | X | 12015C | COBRA OUT | 120061 | | |

*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below. Flood term definitions.
For more information, please contact Building Construction Services at 941-743-1201.

### 2020 Value Summary

| Approach | Land | Land Improvements | Building | Damage | Total |
|---|---|---|---|---|---|
| Cost Approach | $26,000 | $9,028 | $181,496 | $0 | $216,524 |
| Income Approach | | | | | N/A |
| Market Approach | | | | | $255,498 |
| Classified Value | | | | | N/A |

## SCHEDULE OF REQUIRED REPAIRS

| | |
|---|---:|
| Roof replacement of 21 year old asphalt shingle roofing | $15,500.00 |
| Replacement of 21 year old r-22 air conditioning system | 6,500.00 |
| Replacement of 20 year old solar pool heating system | 4,500.00 |
| Replacement of 20 year old pool equipment | 1,500.00 |
| Total contractors repair cost estimates | $27,500.00 |

\*Repairs are based upon home inspection done by debtors spouse a few days prior to debtors petition being filed.

8