**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: December 30, 2020

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 9:20–bk–08465–FMD <br> Chapter 11 |
| Hamilton Staples <br> dba Hamilton Staples Contracting | |
| _____Debtor*_____ / | |

### ORDER DENYING MOTION TO DETERMINE SECURED STATUS AND TO STRIP LIEN

   THIS CASE came on for consideration, without hearing, of the Motion to Determine Secured Status/Value of Kimberly Wood Staples and to Strip Lien filed by the debtor , Doc. # 35 . After review, the Court determines that the motion is deficient as follows:

> Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

> The Motion does not contain the redacted loan number.

.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.