IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

*In re:*

CASE NO. 2:20-BK-08465-FMD
CHAPTER 11

HAMILTON STAPLES,

   Debtor.

_____/

**RESPONSE AND OBJECTION**

**TO MOTION TO VALUE AND DETERINE SECURED STATUS**

   **COMES NOW,** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, ("Secured Creditor"), a secured creditor in the above-styled case, and files this response to the Debtor's Amended Motion to Value and Determine Secured Status of Mortgage Lien Claims and Void Junior Lien (DE 42), and states as follows:

   1.    Secured Creditor holds a security interest in the Debtor's real property located at 25 Medalist Way, Rotonda West, FL 33947 (the "Property"), by virtue of a mortgage recorded in Book 2502 Page 2113 of the Public Records of Charlotte County.

   2.    On November 15, 2020, the Debtor filed for Chapter 11 bankruptcy protection under Title 11 of the United States Code.

   3.    On December 31, 2020, the Debtor filed the Amended Motion to Value and Determine Secured Status of Mortgage Lien Claims and Void Junior Lien (the "Motion")(DE 42), seeking to determine the value of the Property to be $230,000.00, and determine Secured Creditor's claim of lien in the Property be reduced to that amount.

   4.    Secured Creditor disagrees with the property value claimed by the Debtor, and

believes the value of the property to be greater than $300,000.00, which would make Secured Creditor's lien fully secured. Secured Creditor is in the process of obtaining an appraisal of the Property to determine the appropriate value of the Property.

5. Secured Creditor reserves the right to amend this response.

**WHEREFORE,** Secured Creditor requests that this court deny the Debtor's Motion to Value, or in the alternative, set this matter for further hearing, so that the Court may determine the correct value of the underlying property.

**I HEREBY CERTIFY** that on January 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Amy Denton Harris, Trustee, 110 East Madison Street, Suite 200, Tampa, FL 33602

Benjamin E. Lambers, Esq., 501 East Polk Street, Suite 1200, Tampa, FL 33602

Office of the US Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602

And a true and correct copy was sent via US Mail to:

Hamilton Staples, 25 Medalist Way, Rotonda West, FL 33947

                                                Respectfully submitted,
                                                HOWARD LAW GROUP

                                                /s/ Matthew Klein
                                                MATTHEW KLEIN
                                                FLORIDA BAR#: 73529
                                                4755 Technology Way, Suite 104
                                                Boca Raton, FL 33431
                                                Telephone: 954-893-7874
                                                Fax: 888-235-0017
                                                Email: matthew@howardlaw.com