**FILED**

Date: 4|6|22   via: **email**
Clerk, U.S. Bankruptcy
Tampa Division
@ 7:49 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Chapter 11, Subchapter V

Hamilton Staples
d/b/a Hamilton Staples Contracting,                      Case No. 2:20-bk-08465-FMD

          Debtor. /

DEBTORS MOTION TO HOLD DEBTORS
INSURANCE CARRIER UNIVERSAL PROPERTY &
CASUALTY INSURANCE COMPANY AND DEBTORS
INSURANCE AGENT BASSINE INSURANCE IN CONTEMPT OF COURT
FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AND FOR
<u>COSTS OF DEBTORS FEES AND EXPENSES AND OTHER SANCTIONS</u>

Debtor, Hamilton Staples hereby files this Motion to hold Universal Property & Casualty Insurance Company "hereinafter UPCIC" and Bassine Insurance "hereinafter Bassine", in Contempt of Court for Intentional Violation of the Automatic Stay, to Enforce the Automatic Stay and for additionally costs, fees, etc. and Other Sanctions and in support of such states as follows:

1. The Debtor Hamilton Staples filed a Chapter 11 petition on November 15, 2020.

2. The Debtors Chapter 11 Plan of Reorganization is currently effective as of February 18, 2022.

3. In conjunction with the Debtors Bankruptcy filing actions against the Debtor are stayed pursuant to 11 U.S.C. §362(a), to the extent acts by UPCIC and/or BASSINE cancelling Debtors prepaid Tenant Insurance Policy are violations of §362(2) and the Debtors permitted to bring this motion for relief.

4. UPCIC is an Insurance Company who has issued the Debtor a prepaid insurance policy of Debtors rental residence at 9413 Little RockStreet, Port Charlotte, Florida 33981 which is listed on Schedule G of Debtors schedules. The policy declaration page of the policy is attached to Exhibit "A" attached hereto.

5. Bassine is the Debtors agent who knew and had full knowledge of the Debtors Bankruptcy filing and further the Debtors purpose to procure insurance for the Debtor on the Debtors aforementioned rented residence and further Bassine also procured insurance for the Debtors investment property at 25 Medalist Way, Rotonda West, Florida 33947 as required by the US Trustee shortly subsequent to the Debtors case being filed.

6. UPCIC cancelled the Debtors prepaid policy on or about July 2021 for no just purpose subsequent to the Debtor filing a claim on such policy on or about mid May 2021 for a water/mold loss at the Debtors rented premises located at 9413 Little Rock Street, Port Charlotte, Florida 33981.

11. UPCIC failed to obtain stay relief prior to cancelling the Debtors prepaid policy.

12. The Debtor is being deprived of the protections from actions against the Debtor that a Debtor in Bankruptcy would normally have by operation of the automatic stay.

13. The actions of UPCIC are of critical time frame as the Debtor has lost all of his property, his family's property and has no medical insurance currently to defray the cost of his mold medical contamination.

14. The Debtor seeks a Order from the Court compelling UPCIC to reinstate the Debtors policy and payout to the Debtor the Insurance policy limits. As the actions of UPCIC are undisputedly violations of the automatic stay.

Wherefore, the Debtor respectfully request the Court calendar this motion for hearing on April 20th at 10:30 am when this case already has this case on the Courts calendar for other matters.

Respectfully submitted on April 6, 2022

_____
Hamilton Staples
DBA Hamilton Staples Contracting
Debtor Pro Se
Mailing Address:
25 Medalist Way
Rotonda West, Florida 33947Physical address:
9413 Little Rock Street
Port Charlotte, Florida
33947
Tel: 941.662.1021
Email: hamstaples@icloud.com

## PROOF OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on the 6th day of April 2022 by U.S. Mail and/or email as noted next to each party below, United States Bankruptcy Court, Middle District Florida, 801 North Florida Avenue, Suite 555, Tampa Florida33602, by email to flab-intake-tampa-ftmyers@flmb.uscourts.gov and the United States Trustee 501 E. Polk Street, Suite 1200, Tampa Fl, 33602 email c/o Ben.e.lambers@usdoj.gov and Amy Denton Harris Chapter 11 Subchapter V Trustee by email aharris@subvtrustee.com and all parties on the attached mailing matrix. Universal Property & Casualty Insurance Company c/o Evolution Risk Advisors, Inc. 1110 Commercial Blvd., Fort Lauderdale, Fl 33309 by certified mail # 70212720000108152437 and Bassine Insurance 909 Pondella Road, North Fort Myers, Fl 33903 by certified mail # 70212720000108152451 .



Hamilton Staples
DBA Hamilton Staples Contracting
Debtor Pro Se
Mailing Address:
25 Medalist Way
Rotonda West, Florida 33947Physical address:
9413 Little Rock Street
Port Charlotte, Florida 33947Tel: 941.662.1021
Email: hamstaples@icloud.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:20-bk-08465-FMD<br>Middle District of Florida<br>Ft. Myers | Alliance Appraisal Associates of Florida, In<br>8466 Lockwood Ridge Road, Suite 125<br>Sarasota, FL 34243-2951 | Bleaky, Bavol, Denman & Grace<br>15316 N. Florida Avenue<br>Tampa, FL 33613-1257 |
| Caryl E. Delano<br>Tampa<br>, FL | Elenita A. Gomez<br>Office of Insurance Regulation<br>612 Larson Building<br>200 East Gaines Street<br>Tallahassee, FL 32399-4206 | PreFab City<br>c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 |
| Project Exit, LLC<br>c/o Reg. Agent Emery, Lori Wellbaum<br>686 N. Indiana Ave.<br>Englewood, FL 34223-2703 | Hamilton Staples<br>25 Medalist Way<br>Rotonda West, FL 33947-2173 | The Office of Insurance Regulation<br>c/o Elenita A. Gomez, Esq.<br>612 Larson Building<br>200 East Gaines Street<br>Tallahassee, FL 32399-4206 |
| U.S. Bank Trust National Association, as Tru<br>c/o Howard Law Group<br>4755 Technology Way, Suite 104<br>Boca Raton, FL 33431-3331 | Kimberly Wood-Staples<br>25 Medalist Way<br>Rotonda West, FL 33947-2173 | Cavalry SPV I, LLC -<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chrysler Capital -<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Chrysler Capital<br>PO Box 660335<br>Dallas TX 75266-0335 | Corporate Entity 1-10<br>25 Medalist Way<br>Rotonda West FL 33947-2173 |
| Credit One Bank<br>6801 S Cimarron Road<br>Las Vegas NV 89113-2273 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Englewood Bank & Trust<br>1111 South McCall Road<br>Englewood FL 34223-4208 |
| Indigo Card<br>15220 NW Greenbrier Parkway<br>Suite 200<br>Beaverton OR 97006-5762 | Internal Revenue Service -<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jane Doe 1-10<br>25 Medalist Way<br>Rotonda West FL 33947-2173 |
| John Doe 1-10<br>25 Medalist Way<br>Rotonda West FL 33947-2173 | Joseph Palmerone<br>70 Taylors Way<br>Newburgh NY 12550-1020 | Kimberly Wood-Staples -<br>Kimberly<br>Wood-Staples<br>25 Medalist Way<br>Rotonda West, FL 33947-2173 |
| MERRICK BANK -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MTGLQ Investors<br>c/o S/N Servicing Corp.<br>323 5th Street<br>Eureka CA 95501-0305 | Pinnacle Credit Services, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Pre Fab City Inc.<br>11 Cedat Pond Lane<br>Poughkeepsie NY 12603-4732 | Prefab City, USA<br>c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 | Project Exit, LLC<br>c/o Registered Agent emery, Lori Wellbau<br>686 N. Indiana Ave.<br>Englewood, FL 34223-2703 |

4

4879-4057-6515. v. 1

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for -<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Reflex Card<br>PO Box 3220<br>Buffalo NY 14240-3220 | Rotonda West Association, Inc.<br>646 Rotonda Circle<br>Rotonda West, FL 33947-1822 |
| Rotunda West Association, Inc.<br>646 Rotunda Circle<br>Rotunda West, FL 33947-1822 | Sysco West Coast<br>3000 69th Street East<br>Palmetto FL 34221-8440 | Sysco West Coast Florida, Inc. -<br>c/o Hiday & Ricke, P.A.<br>PO Box 550858<br>Jacksonville, FL 32255-0858 |
| Taylors Way LLC<br>70 Taylors Way<br>Newburgh NY 12550-1020 | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRU<br>THE LODGE SERIES III TRUST<br>c/o SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Bank Trust National Association, as Tru<br>of the Lodge Series III Trust<br>c/o Howard Law Group<br>4755 Technology Way, Suite 104<br>Boca Raton, FL 33431-3331 |
| Richard A Johnston Jr. +<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Matthew B Klein +<br>Howard Law Group<br>4755 Technology Way, Suite 104<br>Boca Raton, FL 33431-3331 | Amy Denton Harris +<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Synergis Business Solutions, Inc. | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Kimberly Wood-Staples<br>25 Medalist Way<br>Rotonda West FL 33947-2173 |
| (d)Prefab City<br>c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 | (d)Prefab City, Inc. -<br>c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 | (d)Amy Denton Harris +<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 |

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    43
Bypassed recipients     7
Total                  50

# EXHIBIT

# A

TENANT POLICY JACKET
UPCIC HO PJ 15 11 18

HAMILTON STAPLES
25 MEDALIST WAY
ROTONDA WEST, FL 33947



# UNIVERSAL PROPERTY
& CASUALTY INSURANCE COMPANY

## TENANT POLICY

### READ YOUR POLICY CAREFULLY

1110 W. Commercial Blvd
Fort Lauderdale, FL 33309
Customer Service/Claims: 800-425-9113

### NOTICE: THIS POLICY DOES NOT COVER FLOOD LOSS

### THIS IS A LEGAL CONTRACT BETWEEN THE POLICYHOLDER AND THE COMPANY.

This policy jacket with the Policy Provisions, Declarations, and Endorsements, if any, issued to form a part thereof, complete the policy.

UPCIC HO PJ 15 11 18

| Universal Property & Casualty Insurance Company, A Stock Company  c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Tenant Declaration Effective 05/13/2021 New Policy |  UNIVERSAL PROPERTY |
|---|---|---|

## THIS IS NOT A BILL
For Policy or Claims Questions Contact Your Agent Listed Below

| Policy Number | FROM | Policy Period | TO | [INSURED BILLED] | Agent Code |
|---|---|---|---|---|---|
| 1502-2100-2933 | 5/13/2021 | | 5/13/2022 | 12:01 AM Standard Time | BD74 |

**Named Insured and Address**
Hamilton Staples
25 Medalist Way
Rotonda West, FL 33947
(941) 662-1021

**Agent Name and Address**
Bassine Insurance
909 Pondella Road
North Fort Myers, FL 33903
(239) 995-0333

**Insured Location**
9413 LITTLE ROCK ST PORT CHARLOTTE, FL 33981  CHARLOTTE COUNTY

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Assessments / Surcharges | MGA Fees/Policy Fees | Total Policy Premium (Including Assessments & Surcharges) |
|---|---|---|---|---|
| $148.00 | ($60.00) | $12.00 | $27.00 | $127.00 |

### Rating Information

| Form | Construction | Year | Townhouse/ Rowhouse | Number of Families | Occupied | Protection Class | Territory | BCEG |
|---|---|---|---|---|---|---|---|---|
| HO4 | Masonry | 2017 | N | 1 | Y | 4 | 581 | 4 |

| County | Dwelling Replacement Cost | Personal Property Replacement Cost | Protective Device Credits: Burglar | Fire | Sprinkler |
|---|---|---|---|---|---|
| CHARLOTTE | N/A | N | N | N | N |

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. For renewals: If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect. You must pay us prior to the end of the current policy period or else this policy will expire.

Insurance is provided only with respect to the following coverages for which a limit of liability is specified, subject to all the conditions of this policy.

| COVERAGES - SECTION I | LIMITS | PREMIUMS | COVERAGES - SECTION II | LIMITS | PREMIUMS |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $0 | | Coverage E - Personal Liability | $100,000 | $0.00 |
| Coverage B - Other Structure | $0 | | Coverage F - Medical Payments | $1,000 | $0.00 |
| Coverage C - Personal Property | $20,000 | $148.00 | | | |
| Coverage D - Loss of Use | $4,000 | | | | |

NOTE: The portion of your premium for hurricane coverage is: $24.29
The portion of your premium for all other coverages is: $102.71

Section I Coverages Subject to a $500 Hurricane Deductible Per Calendar Year.
Section I Coverages Subject to $500 All Other Perils (Non-Hurricane) Deductible Per Loss.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Flood coverage is not provided by Universal Property & Casualty Insurance Company and is not part of this policy.

Bassine Insurance
Countersignature         Date         Chief Executive Officer

| Universal Property & Casualty Insurance Company, A Stock Company<br>c/o Evolution Risk Advisors, Inc.<br>1110 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | | | | Declaration Effective<br>05/13/2021 | UNIVERSAL PROPERTY<br>New Policy | |
|---|---|---|---|---|---|---|
| **THIS IS NOT A BILL** | | | | | | |
| **Policy Number** | **FROM** | **Policy Period** | **TO** | **[INSURED BILLED]** | | **Agent Code** |
| 1502-2100-2933 | 5/13/2021 | | 5/13/2022 | 12:01 AM Standard Time | | BD74 |

**Additional Interest**

Mortgagee/Additional Interest 01     Mortgagee/Additional Interest 02     Mortgagee/Additional Interest 03

**Policy Forms & Endorsements Applicable to This Policy**

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| UPCIC HO4 15 05 18 | Homeowners 4 Contents Broad Form | | $146.00 |
| UPCIC 905 15 03 18 | Outline of Your Homeowner Policy | | |
| UPCIC 801 15 12 17 | Windstorm Protective Devices | | ($60.00) |
| UPCIC 601 15 12 17 | No Coverage for Home Day Care Business | | |
| UPCIC 201 15 02 18 | Calendar Year Hurricane Deductible With Supplemental Reporting Requirement - Florida | | |
| | No Prior Insurance Surcharge | | $12.00 |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |

| Universal Property & Casualty Insurance Company, A Stock Company c/o Evolution Risk Advisors, Inc. 1110 W. Commercial Blvd Fort Lauderdale, FL 33309 | Declaration Effective 05/13/2021 | UNIVERSAL PROPERTY New Policy |
|---|---|---|

**THIS IS NOT A BILL**

| Policy Number | FROM Policy Period TO | (INSURED BILLED) | Agent Code |
|---|---|---|---|
| 1502-2100-2933 | 5/13/2021    5/13/2022 | 12:01 AM Standard Time | BD74 |

PLEASE VISIT UNIVERSALPROPERTY.COM TO VIEW YOUR APPLICABLE POLICY FORMS AND ENDORSEMENTS. LOG IN AND CLICK MY POLICIES/POLICY DETAILS OR TYPE THIS URL INTO YOUR INTERNET BROWSER: HTTPS://UNIVERSALPROPERTY.COM/ACCOUNT/LOGIN. YOU HAVE THE RIGHT TO REQUEST AND OBTAIN WITHOUT CHARGE A PAPER OR ELECTRONIC COPY OF YOUR POLICY AND ENDORSEMENTS BY CONTACTING YOUR AGENT OR CALLING CUSTOMER SERVICE AT 1-800-425-9113.

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

# Checklist of Coverage

**Policy Type:** 1502-2100-2933 Tenant

(Indicate: Homeowner's, Condominium Unit Owner's, Tenant's, Dwelling, or Mobile Home Owner's)

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance: N/A | Loss Settlement Basis: N/A |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance: N/A | Loss Settlement Basis: N/A |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Personal Property Coverage** | |
| Limit of Insurance: $20,000 | Loss Settlement Basis: Actual Cash Value |
| | (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| **Deductibles** | |
| Annual Hurricane: $500 | All Perils (Other than hurricane & sinkhole): $500 |

OIR-B1-1670 (1-1-06)

1 of 3

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against:
(Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included)

| | |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (Including storm surge) |
| Y | Windstorm or Hail (other than hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| N | Sinkhole |
| N | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

### Loss of Use Coverage

| Coverage | Limit of Insurance | Time Limit |
|---|---|---|
| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | | |
| Y Additional Living Expense | $4,000 | |
| Y Fair Rental Value | $4,000 | |
| Y Civil Authority Prohibits Use | $4,000 | 2 Weeks |

### Property - Additional/Other Coverages

| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
|---|---|---|---|
| | | Included | Additional |
| Y Debris Removal | | X | |
| Y Reasonable Repairs | | X | |
| Y Property Removed | | X | |
| Y Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $500 | | X |
| Y Loss Assessment | $1000 | | X |
| Y Collapse | | X | |
| Y Glass or Safety Glazing Material | | X | |
| N Landlord's Furnishings | | | |
| Y Law and Ordinance | $500 | | |
| Y Grave Markers | $5,000 | X | |
| Y Mold / Fungi | $10,000/$20,000 | X | |

OIR-B1-1670 (1-1-06)                                                                                        2 of 3

## Checklist of Coverage (continued)

### Discounts

| | | Dollar ($) Amount of Discount |
|---|---|---|
| \_ | (Items below marked Y (Yes) indicate discount IS applied, those marked N Dollar ($) Amount of Discount (No) indicate discount is NOT applied) | |
| N | Multiple Policy | |
| N | Fire Alarm / Smoke Alarm / Burglar Alarm | |
| N | Sprinkler | |
| Y | Windstorm Loss Reduction | $60 |
| Y | Building Code Effectiveness Grading Schedule | $3 |
| N | Other | |

### Insurer May Insert Any Other Property Coverage Below

| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Loss Settlement Basis: (i.e.: Replacement Cost, Actual Cash Value, Stated Value, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

### Personal Liability Coverage

Limit of Insurance: $100,000

### Medical Payments to Others Coverage

Limit of Insurance: $1,000

### Liability - Additional/Other Coverages

| (Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
|---|---|---|---|
| | | Included | Additional |
| Y Claim Expenses | | | X |
| Y First Aid Expenses | | | X |
| Y Damage to Property of Others | $1,000 | | X |
| Y Loss Assessment | $1,000 | | X |

### Insurer May Insert Any Other Liability Coverage Below

| (Items below marked Y (Yes) indicate coverage IS included, those marked N(No) indicate coverage is NOT included) | Limit of Insurance |
|---|---|
| | |
| | |
| | |
| | |